MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3680
    Fax: (510) 637-3724
    E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-00495 SBA |
|     Plaintiff, | STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JANUARY 23, 2013 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ADRIAN DEWAYNE WALKER, | |
|     Defendant. | Date:    October 31, 2012<br>Time:    9:30 a.m.<br>Court:    Hon. Kandis A. Westmore |

    The above-captioned matter is set on October 31, 2012 before this Court for a status hearing. The parties request that this Court vacate that date as to defendant Adrian Dewayne Walker and set this matter for change of plea and sentencing on January 23, 2013 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and January 23, 2013.

    The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time as this stipulation. To allow time for the Court to consider the proposed plea agreement and for the preparation of a Presentence Investigation Report by the United States Probation Office, the

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JANUARY 23, 2013 & TO EXCLUDE TIME
No. CR-12-00495 SBA

parties request that this matter be set on January 23, 2013 at 10:00 a.m. for change of plea and sentencing (assuming the proposed plea agreement is acceptable to the Court).  Defendant agrees that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty.  Since the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between September 28, 2012 and January 23, 2013 should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: September 28, 2012


_____/s/_____          _____/s/_____
JAMES C. MANN                              ROBERT WAGGENER
Assistant United States Attorney           Counsel for Adrian Dewayne Walker
Counsel for United States

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JANUARY 23, 2013 & TO EXCLUDE TIME
No. CR-12-00495 SBA