MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail:  James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00495 SBA |
|    Plaintiff, ) | STIPULATED REQUEST TO SET CHANGE OF PLEA ON JANUARY 25, 2013 AND ORDER |
| v. ) | |
| ADRIAN DEWAYNE WALKER, ) | Date:    January 23, 2013<br>Time:   10:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |
|    Defendant. ) | |

     The above-captioned matter is set on January 23, 2013 before this Court for change of plea and sentencing.  The parties request that this Court vacate that date as to defendant Adrian Dewayne Walker and set this matter for change of plea on January 25, 2013 at 10:00 a.m. before the Hon. Kandis A. Westmore.

DATED: December 28, 2012

_____/s/_____      _____/s/_____
JAMES C. MANN                              ROBERT WAGGENER
Assistant United States Attorney        Counsel for Defendant
Counsel for United States

STIP. REQ. TO SET CHANGE OF PLEA ON JANUARY 25, 2013
No. CR-12-00495 SBA

1  **IT IS HEREBY ORDERED** that this matter as to defendant Adrian Dewayne Walker is
2  set for change of plea on January 25, 2013 at 10:00 a.m. before the Hon. Kandis A. Westmore.
3
4  DATED:__1/3/13_____        _____*Saundra B Armstrong*_____
                                       HON. SAUNDRA BROWN ARMSTRONG
5                                      United States District Court Judge